UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RANG SEAN PAN,
                               Plaintiff,

                          23 Civ. 852 (LGS)

            -against-

                          ORDER

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, et al.,

                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS on February 2, 2023, the Complaint for a Writ of Mandamus was filed. It is hereby

      **ORDERED** that the Government shall, by **March 23, 2023**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **April 6, 2023**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: March 1, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**